[Civil No. 3558.   Filed October 6, 1934.]

[37 Pac. (2d) 375.]

C. A. AHRENS, Appellant, v. JAMES H. KERBY, as Secretary of State of the State of Arizona; MELVIN C. GREER, as Clerk of the Board of Supervisors of Apache County, Arizona; W. E. CLARK, as Clerk of the Board of Supervisors of Cochise County, Arizona; GEORGE A. FLEMING, as Clerk of the Board of Supervisors of Coconino County, Arizona; V. C. MURPHY, as Clerk of the Board of Supervisors of Gila County, Arizona; W. L. BUFFINGTON, as Clerk of the Board of Supervisors of Graham County, Arizona; ANNE S. TERRY, as Clerk of the Board of Supervisors of Greenlee County, Arizona; ORRIS HOLDREN, as Clerk of the Board of Supervisors of Maricopa County, Arizona; H. D., PATTILLO, as Clerk of the Board of Supervisors of Mohave County, Arizona; JOHN L. WILLIS, as Clerk of the Board of Supervisors of Navajo County, Arizona; GLADSTONE MAC-KENZIE, as Clerk of the Board of Supervisors of Pima County, Arizona; C. H. NIEMEYER, as Clerk of the Board of Supervisors of Pinal County, Arizona; WILLIAM G. SIMONTON, as Clerk of the Board of Supervisors of Santa Cruz County, Arizona; KENNETH AITKEN, as Clerk of the Board of Supervisors of Yavapai County, Arizona; WILLIAM B. LINDER, as Clerk of the Board of Supervisors of Yuma County, Arizona, Appellees.

For formal opinion, see *infra,* p. 337, 37 Pac. (2d) 375.

Messrs. Mathews & Bilby and Mr. T. K. Shoenhair, for Appellant.

Mr. Arthur T. La Prade, Attorney General, Mr. Charles L. Strouss, Assistant Attorney General, and Mr. W. C. Fields, for Appellees.

PER CURIAM.—The judgment of the superior court in favor of the defendants is reversed and the cause remanded, with instructions to overrule the demurrer and continue in force, pending a determination of the case on its merits, the temporary restraining order heretofore issued in the case against the Secretary of State and the clerks of the various boards of supervisors of the state.

Due to the imperative necessity of an immediate determination of this appeal, we have rendered our judgment thereto without taking the time for a formal recital of the reasons therefor. These will be set forth in an opinion filed at a later date.